# EXHIBIT A

Community Lawyers Group, Ltd.

Time and Expenses For: Battle v. Midland Funding LLC e al 18-cv-05538

| Date | Person | Task/Activity Description | Time | Rate | Total |
|---|---|---|---|---|---|
| 2/16/18 | MW | Client intake, being dunned on a utility account by GC Services Limited Partnership | 1.30 | $352.00 | $457.60 |
| 3/8/18 | MW | T/C with client regarding FDCPA case, and whether client would like to proceed with litigation | 0.20 | $352.00 | $70.40 |
| 3/12/18 | MW | Draft FDCPA complaint standing, parties, facts, counts under FDCPA § 1692e, 1692f(1), 1692g(a)(1) | 2.60 | $352.00 | $915.20 |
| 3/14/18 | CC | Revise and finalize complaint and exhibits, compare to atty notes, updates to timeline. File in ECF. | 1.00 | $315.00 | $315.00 |
| 3/16/18 | CC | Prepare and file appearance for Celetha Chatman. | 0.10 | $315.00 | $31.50 |
| 3/16/18 | MW | Prepare and file appearance for Michael Wood. | 0.10 | $315.00 | $31.50 |
| 3/19/18 | MW | Case assigned to Judge Blakey, read, review and note standing order, prepare courtesy copies. | 0.30 | $352.00 | $105.60 |
| 4/20/18 | CC | Prepare staus report for OC to review | 0.20 | $315.00 | $63.00 |
| 7/19/18 | CC | Review Defendant's Motion For Extension of Time / re-calender answer date | 0.30 | $315.00 | $94.50 |
| 7/20/18 | CC | Draft Status Report and email ot OC | 1.00 | $315.00 | $315.00 |
| 7/25/18 | CC | Review minute order re-setting initial status hearing for 8/23/2018, calender new status date | 0.20 | $315.00 | $63.00 |
| 8/9/18 | CC | Review Defendant's Second Motion For Extension of Time | 0.30 | $315.00 | $94.50 |
| 8/9/18 | CC | Receive and Review Defendant's Settlement Offer | 0.20 | $335.00 | $67.00 |
| 8/9/18 | CC | T/C with client regarding Defendant's settlement offer | 0.20 | $335.00 | $67.00 |
| 8/15/18 | CC | Review minute order granting Defendant's motion for enlargement of time. | 0.10 | $315.00 | $31.50 |
| 8/22/18 | CC | Respond to Defendant's latest settlement offer, with counter-deand | 0.10 | $315.00 | $31.50 |
| 9/4/18 | CC | Review Defendant's Answer/ Decide whether or not file motion to strike, prepare objection | 1.00 | $315.00 | $315.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/12/18 | CC | Initial Status Hearing | 1.00 | $315.00 | $315.00 |
| 10/1/18 | CC | T/C with client regarding Defendant's settlement offer | 0.20 | $315.00 | $63.00 |
| 10/1/18 | CC | Respond to Defendant's latest settlement offer, with counter-deand | 0.10 | $315.00 | $31.50 |
| 10/2/18 | CC | Note Defendant's Services of MIDP Responses | 0.10 | $315.00 | $31.50 |
| 10/2/18 | CC | Receve and Review Defendant's OOJ | 0.20 | $315.00 | $63.00 |
| 10/9/18 | CC | Review Defendants Edits To Status report | 0.20 | $315.00 | $63.00 |
| 10/15/18 | CC | T/C with client regarding Defendant's OOJ , discuss pros and cons of accepting | 0.30 | $315.00 | $94.50 |
| 10/16/18 | CC | Draft and file Notice of Acceptance of Offer of Judgment. | 1.20 | $315.00 | $378.00 |
| 10/15/18 | MW | Compile time records and expenses. | 1.00 | $352.00 | $352.00 |

| | | | |
|---|---|---|---|
| Attorney Michael J. Wood | 5.50 | $352.00 | $1,936.00 |
| Attorney Celetha C. Chatman | 8.00 | $315.00 | $2,520.00 |
| Total Fees | 13.50 | | $4,456.00 |

| Date | Description | Amount |
|---|---|---|
| | Filing Fee | |
| 8/14/18 | Service of summons and complaint | $400.00 |
| 8/21/18 | Total Costs | $100.00 |
| | | $500.00 |

**Total Fees & Costs**

$4,956.00